COCHRAN v. CITY OF CHARLOTTE

No. 81 PC.

Case below: 53 N.C. App. 390.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 12 January 1982.

CRUTCHLEY v. CRUTCHLEY

No. 122 PC.

Now No. 10 PA 82.

Case below: 53 N.C. App. 732.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 12 January 1982.

DIXON v. KINSER and KINSER v. DIXON

No. 106 PC.

Case below: 54 N.C. App. 94.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982.

DUKE POWER v. WINEBARGER

No. 99 PC.

Case below: 54 N.C. App. 365.

Petition by defendants for discretionary review under G.S. 7A-31 denied 12 January 1982.

FAYNE v. FIELDCREST MILLS, INC.

No. 111 PC.

Case below: 54 N.C. App. 144.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.